BYERS v. HIGHWAY COMMISSION

No. 9 PC.

Case below:  3 N.C. App. 139.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 31 January 1969.

DAVES v. INSURANCE CO.

No. 3 PC.

Case below:  3 N.C. App. 82.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 21 January 1969.

ELLISON v. WHITE

No. 6 PC.

Case below:  3 N.C. App. 235.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 January 1969.

JENKINS v. BROTHERS

No. 7 PC.

Case below:  3 N.C. App. 303.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 31 January 1969.

NEWTON v. STEWART

No. 1 PC.

Case below:  3 N.C. App. 120.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 21 January 1969.